IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED DEC - 5 2017 CLERK, U.S. DISTRICT COURT RICHMOND, VA

GREGORY RICHARDSON,

    Plaintiff,

v.    Civil Action No. 3:17CV607

COMMONWEALTH OF VIRGINIA, et al.,

    Defendants.

## MEMORANDUM OPINION

Gregory Richardson, a Virginia detainee proceeding pro se, submitted this action under 28 U.S.C. § 2254. Richardson has amassed an extensive history of frivolous and abusive litigation. See Richardson v. Va. Dep't of Corr., No. 3:07CV514, ECF No. 47, at 1-7 (E.D. Va. Dec. 9, 2008). Thus, Richardson's litigation in this district is subject to a pre-filing injunction. By Memorandum Opinion and Order entered on October 16, 2017, the Court dismissed the present action without prejudice because Richardson failed to comply with the terms of the pre-filing injunction.

On November 8, 2017, the Court received from Richardson a motion wherein he asks the Court to reconsider the dismissal of the action and seeks the recusal of the undersigned. The Court harbors no bias against Richardson nor does Richardson demonstrate any circumstances where the impartiality of the undersigned might be reasonably questioned. See Liteky v. United States, 510 U.S. 540, 555 (1994) (holding that

unfavorable judicial rulings alone do not constitute bias). Accordingly, Richardson's Motion for Recusal (ECF No. 5) will be denied. Furthermore, Richardson fails to demonstrate how the Court erred in dismissing the action for failing to comply with the pre-filing injunction. Accordingly, the Motion to Vacate (ECF No. 5) will be denied

The Clerk is directed to send a copy of this Memorandum Opinion to Richardson.

It is so ORDERED.

Date: December 5, 2017
Richmond, Virginia

/s/ REP
Robert E. Payne
Senior United States District Judge